■ (A) In the Matter of the Claim of LILLIAN KERPER, Appellant, v. ROYAL FARMS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF PORT JERVIS, Respondent, v. BENJAMIN LEVY et al., Appellants. (C) MARTIN J. RENNELL, Respondent, v. WILLIAM J. SULLIVAN, Appellant.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the May 1962 Term on or before April 20, 1962, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD H. COLOSIMO, Appellant. (B) In the Matter of the Claim of ARTHUR PROCTOR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of BRAULIO ARROYO CASTRO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of GEORGE RODRIGUES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Time to perfect appeals extended 90 days.

■ In the Matter of the Claim of JANET M. CROOKS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE POLITANO, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE JACOBUS, Appellant.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. M. Kimball Hart, Jr., Esq., 43 Main St., Nichols, N. Y., is assigned as counsel.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK L. RUSH, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR A. WANNAMAKER, Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ WALTER DAME, Appellant, v. MAUDE S. HANLY, Respondent. (Action No. 1.) WAYNE BASSETT, Appellant, v. MAUDE S. HANLY, Respondent. (Action No. 2.) MAUDE S. HANLY, Respondent, v. WAYNE BASSETT, Appellant. (Action No. 3.) — Decision of January 12, 1962 (ante, p. 685) amended to read as follows: Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the May 1962 Term on or before April 20, 1962, in which event motions denied.

■ HARRY A. REOUX, Appellant, v. FIRST NATIONAL BANK OF GLENS FALLS as Executor of ADELIA H. REOUX, Deceased, Respondent.— Application for stay granted pending the hearing and determination of the appeal herein.

■ IDA CHOTINE, Respondent, v. UNITED STATES OF AMERICA, Appellant, et al., Defendants.— Application to consolidate appeals granted upon condition that both appeals be argued or submitted at the May 1962 Term.